1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant BENDER
6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR-02-0217 BZ
                                    )
12              Plaintiff,          )   [PROPOSED] ORDER MODIFYING
                                    )   DEFENDANT'S PROBATION
13        v.                        )
                                    )
14 ELLIOTT BENDER,                  )
                                    )
15              Defendant.          )
                                    )
16 _____)

17       On February 16, 2007, United States Probation filed a petition alleging that defendant

18 Elliott Bender had violated the conditions of probation imposed by this Court on March 31,

19 2004. The defendant appeared for proceedings relating to the petition on March 28, 2007. At

20 that appearance, the defendant consented to an extension of his probationary term for up to 30

21 days.

22       Accordingly, with the consent of the government and probation department, and for good

23 cause shown, it is hereby ordered that the defendant's term of probation shall be extended to

24 April 28, 2007. Until the expiration of the term of probation, it shall be a special condition of

25 probation that the defendant remain in his home between the hours of 7:00 PM and 7:00 AM. In

26 addition, the defendant shall complete any remaining community service hours and submit proof

CR-02-0217; ORDER MODIFYING
PROBATION                                  1

1  of completion to his probation officer prior to the expiration of the term of probation.

2  The parties are directed to appear for a status conference on May 9, 2007 at 1:30 PM. If
3  the defendant has complied with the terms of this Order and all other conditions of probation
4  previously imposed by this Court, the parties may notify the Court and seek to vacate the status
5  conference date.

6  IT IS SO ORDERED.

7  Dated: 29 March 07

BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

CR-02-0217; ORDER MODIFYING
PROBATION                                                            2