1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant BENDER
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) No. CR-02-0217 BZ
                                      )
12 |             Plaintiff,           ) STIPULATION AND [PROPOSED]
                                      ) ORDER VACATING HEARING AND
13 |       v.                         ) TERMINATING DEFENDANT'S
                                      ) PROBATION
14 | ELLIOTT BENDER,                  )
                                      )
15 |             Defendant.           )
                                      )
16

17        On March 29, 2007, this Court entered an order modifying the defendant's probation to

18 (1) extend the term of probation to April 28, 2007; (2) require that the defendant complete his

19 community-service hours prior to April 28, 2007; and (3) require that the defendant abide by a

20 7:00 p.m. daily curfew until April 28, 2007.  The Court set a status conference for May 9, 2007

21 and indicated that the hearing could be vacated upon notice to the Court of satisfactory

22 compliance with the Court's order.

23        The probation officer having notified the parties that Mr. Bender complied with the terms

24 of the Court's March 29, 2007 order, the parties hereby agree and stipulate that the status

25 conference presently scheduled for May 9, 2007 should be vacated.  The parties further agree and

26 ///

1 | stipulate that Mr. Bender's term of probation should be terminated at this time.

2 | IT IS SO STIPULATED.

3 | Dated: 4/30/07        /s/
4 |                       BARRY J. PORTMAN
                          Federal Public Defender
                          JOSH COHEN
5 |                       Assistant Federal Public Defender

6 |
7 | Dated: 4/30/07        /s/
                          SCOTT N. SCHOOLS
                          United States Attorney
8 |                       DEREK OWENS
                          Assistant United States Attorney
9 |

10 | **ORDER**

11 | For the reasons stated and for good cause shown, the status conference in this matter
12 | presently scheduled for May 9, 2007 is hereby vacated. The defendant's term of probation shall
13 | terminate forthwith.

14 | IT IS SO ORDERED.
15 | Dated: 2 May 07
                          BERNARD ZIMMERMAN
16 |                      UNITED STATES MAGISTRATE JUDGE

CR 02-0217 BZ; STIP TO VACATE HEARING
AND TERMINATE PROBATION                    2